AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
Eastern District of Tennessee

RECEIVED
2013 MAY 29 PM 4: 11
U.S. MARSHAL, ED/TN
CHATTANOOGA, TENNESSEE

| United States of America | ) |
|---|---|
| v. | ) |
| SHAHEED WILBUR ROBINSON | ) Case No. 1:13-cr-66 |
| | ) Mattice/Lee |
| _____ | ) |
| *Defendant* | ) |

FILED
JUL 1 - 2013
Clerk, U. S. District Court
Eastern District of Tennessee
At Chattanooga

## ARREST WARRANT

To: Any authorized law enforcement officer

YOU ARE COMMANDED to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* SHAHEED WILBUR ROBINSON,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☐ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

did knowingly possess and use in and affecting interstate commerce, without lawful authority, a means of identification of another person, that is, a name and date of birth, with the intent to commit and in connection with, any unlawful activity that constitutes a violation of Federal law, namely, wire fraud in violation of 18 U.S.C. § 1343, and the offense involved the possession of a false identification document that is and appears to be a temporary driver's license; all in violation of Title 18, United States Code, § 1028(a)(7).

Date: 05/29/2013

_____
*Issuing officer's signature*

City and state: Chattanooga, TN

Deputy Clerk
*Printed name and title*

---

**Return**

This warrant was received on *(date)* 6-20-2013, and the person was arrested on *(date)* 6-20-2013
at *(city and state)* MITCHELL CO. GEORGIA

Date: 6-25-2013

_____
*Arresting officer's signature*

Jim Robinson USMS
*Printed name and title*

FID# 924S341

1374-0603-1932-J